

Mar 4, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**14-20128-CR-MIDDLEBROOKS./GARBER**

Case No._____

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

GUSTAVO BOLIVAR ZAPATA,
    a/k/a "Pollo,"
    a/k/a "El Nino,"
    a/k/a "Andres,"
JOSE BERLEY GUARIN LOAIZA,
    a/k/a "El Illustre,"
HERMAN DE JESUS MEDINA DIAZ,
    a/k/a "El Contador,"
ALEXIS ROMERO RODRIGUEZ,
    a/k/a "Negro,"
    a/k/a "Junior,"
    a/k/a "Marulanda,"
    a/k/a "Alvaro Gomez,"
LUIS CARLOS BUSTAMANTE JARAMILLO,
    a/k/a "El Paisa,"
    a/k/a "El Ingeniero,"
CESAR MANUEL ALVAREZ BENITEZ,
    a/k/a "Coco,"
    a/k/a "Gaspar,"
BRUCE DEWAYAS BORDEN MATLOCK,
    a/k/a "Brucito," and
ODDEY DARRON MOORE BUSTILLO,
    a/k/a "Shorty,"
        Defendants.
_____/

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

Beginning in and around February 2012 and continuing through the date of the return of this indictment, the defendants,

**GUSTAVO BOLIVAR ZAPATA,**
a/k/a "Pollo,"
a/k/a "El Nino,"
a/k/a "Andres,"
**ALEXIS ROMERO RODRIGUEZ,**
a/k/a "Negro,"
a/k/a "Junior,"
a/k/a "Marulanda,"
a/k/a "Alvaro Gomez,"
**CESAR MANUEL ALVAREZ BENITEZ,**
a/k/a "Coco,"
a/k/a "Gaspar,"
**BRUCE DEWAYAS BORDEN MATLOCK,**
a/k/a "Brucito," and
**ODDEY DARRON MOORE BUSTILLO,**
a/k/a "Shorty,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, and with known persons on board a vessel subject to the jurisdiction of the United States, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), that with respect to defendants GUSTAVO BOLIVAR ZAPATA, a/k/a "Pollo," a/k/a "El Nino," a/k/a "Andres," ALEXIS ROMERO RODRIGUEZ, a/k/a "Negro," a/k/a "Junior," a/k/a "Marulanda," a/k/a "Alvaro Gomez," CESAR MANUEL ALVAREZ BENITEZ, a/k/a "Coco," a/k/a "Gaspar," BRUCE DEWAYAS BORDEN MATLOCK, a/k/a

2

"Brucito," and ODDEY DARRON MOORE BUSTILLO, a/k/a "Shorty," the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning in and around February 2012 and continuing through the date of the return of this indictment, the defendants,

**JOSE BERLEY GUARIN LOAIZA,**
a/k/a "El Illustre,"
**HERMAN DE JESUS MEDINA DIAZ,**
a/k/a "El Contador,"
**ALEXIS ROMERO RODRIGUEZ,**
a/k/a "Negro,"
a/k/a "Junior,"
a/k/a "Marulanda,"
a/k/a "Alvaro Gomez," and
**LUIS CARLOS BUSTAMANTE JARAMILLO,**
a/k/a "El Paisa,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, and with known persons on board a vessel subject to the jurisdiction of the United States, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), that with respect to defendants JOSE BERLEY GUARIN LOAIZA, a/k/a "El Illustre," HERMAN DE JESUS MEDINA DIAZ, a/k/a "El Contador," ALEXIS ROMERO RODRIGUEZ, a/k/a "Negro," a/k/a "Junior," a/k/a "Marulanda," a/k/a "Alvaro

3

Gomez," and **LUIS CARLOS BUSTAMANTE JARAMILLO, a/k/a "El Paisa," a/k/a "El Ingeniero,"** the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATION

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants, **GUSTAVO BOLIVAR ZAPATA, a/k/a "Pollo," a/k/a "El Nino," a/k/a "Andres," JOSE BERLEY GUARIN LOAIZA, a/k/a "El Illustre," HERMAN DE JESUS MEDINA DIAZ, a/k/a "El Contador," ALEXIS ROMERO RODRIGUEZ, a/k/a "Negro," a/k/a "Junior," a/k/a "Marulanda," a/k/a "Alvaro Gomez," LUIS CARLOS BUSTAMANTE JARAMILLO, a/k/a "El Paisa," a/k/a "El Ingeniero," CESAR MANUEL ALVAREZ BENITEZ, a/k/a "Coco," a/k/a "Gaspar," BRUCE DEWAYAS BORDEN MATLOCK, a/k/a "Brucito," and ODDEY DARRON MOORE BUSTILLO, a/k/a "Shorty"** have an interest.

2. Upon the conviction of either of the violations alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507(a), all of their respective right, title and interest in any property that was used or intended for use to commit, or to facilitate the commission of, such violation.

All pursuant to Title 46, United States Code, Section 70507(a), Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO BOLIVAR ZAPATA, et al.,**

**Defendants.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

Court Division: (Select One)

__X__ Miami _____ Key West
_____ FTL   _____ WPB   _____ FTP

New Defendant(s)    Yes _____ No _____
Number of New Defendants _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)    __Yes__
   List language and/or dialect    __Spanish__
4. This case will take __5-7__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I   | 0 to 5 days      | ____  |
   | II  | 6 to 10 days     | __X__ |
   | III | 11 to 20 days    | ____  |
   | IV  | 21 to 60 days    | ____  |
   | V   | 61 days and over | ____  |

   (Check only one)

   Petty   _____
   Minor   _____
   Misdem. _____
   Felony  _____

6. Has this case been previously filed in this District Court? (Yes or No) __No__   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__   If yes:
   Magistrate Case No.: _____
   Related Miscellaneous number: _____
   Defendant(s) in federal custody as of: _____
   Defendant(s) in state custody as of: _____
   Rule 20 from the District of: _____
   Is this a potential death penalty case? (Yes or No) __No__
7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes __X__ No
8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 722286

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>GUSTAVO BOLIVAR ZAPATA, a/k/a "Pollo," a/k/a "El Nino," a/k/a "Andres"</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States</u>

<u>Title 46, United States Code, Section 70506(b)</u>

**\* Max.Penalty:**   <u>Life Imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSE BERLEY GUARIN LOAIZA, a/k/a "El Illustre,"

**Case No:** _____

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>HERMAN DE JESUS MEDINA DIAZ, a/k/a "El Contador"</u>

**Case No**: _____

Count #: 2

<u>Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the</u>

<u>jurisdiction of the United States</u>

<u>Title 46, United States Code, Section 70506(b)</u>

**\* Max.Penalty**:   <u>Life Imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ALEXIS ROMERO RODRIGUEZ, a/k/a "Negro," a/k/a "Junior," a/k/a "Marulanda," a/k/a "Alvaro Gomez"

**Case No:** _____

Counts #: 1-2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>LUIS CARLOS BUSTAMANTE JARAMILLO, a/k/a "El Paisa," a/k/a "El Ingeniero,"</u>

**Case No:** _____

Count #: 2

<u>Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States</u>

<u>Title 46, United States Code, Section 70506(b)</u>

* **Max.Penalty:** <u>Life Imprisonment</u>

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CESAR MANUEL ALVAREZ BENITEZ, a/k/a "Coco," a/k/a "Gaspar,"

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>BRUCE DEWAYAS BORDEN MATLOCK, a/k/a "Brucito,"</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the</u>

<u>jurisdiction of the United States</u>

<u>Title 46, United States Code, Section 70506(b)</u>

**\* Max.Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>ODDEY DARRON MOORE BUSTILLO, a/k/a "Shorty,"</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the</u>

<u>jurisdiction of the United States</u>

<u>Title 46, United States Code, Section 70506(b)</u>

**\* Max.Penalty:** <u>Life Imprisonment</u>

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**